159 A.3d 883

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JASON A. LEONARD, DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005577–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 884

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
BOYCE SINGLETON, DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001207–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.